No. 75–723. TRIANO *v.* SUPERIOR COURT OF NEW JERSEY, LAW DIVISION, HUDSON COUNTY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–741. LEE ET AL. *v.* VENICE WORK VESSELS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–743. HIEGER ET AL. *v.* FORD MOTOR Co. C. A. 6th Cir. Certiorari denied.

No. 75–5130. COLON *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 75–5222. SCOTT ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5249. OLIVER *v.* UNITED STATES DEPARTMENT OF JUSTICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–5306. WILLIAMS *v.* GUNN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 75–5325. LEE *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 75–5344. DELEO *v.* POGUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 75–5351. McKINNEY *v.* WALKER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 75–5362. BELT *v.* UNITED STATES; and
No. 75–5644. ROUILLARD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 516 F. 2d 873.